# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-15-00449-CV
_____


### IN THE INTEREST OF R.L.R.

_____

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 07-06-06608-CV**
_____

### ORDER

The appellant complains that the trial court failed to make findings that are required when the amount of child support ordered by the court varies from the amount computed by applying the percentage guidelines to net resources. *See* Tex. Fam. Code Ann. § 154.130 (West 2014). After reviewing the parties' briefs and the appellate record, we conclude that findings of fact and conclusions of law are necessary for the proper presentation of the appeal and the trial court can correct its failure to act by making written findings that will assist this Court's decision in the appeal. *See* Tex. R. App. P. 44.4(b).

1

We abate the appeal and remand the case to the trial court for entry of findings. *See* Tex. Fam. Code Ann. § 154.130. The appeal is abated and all appellate timetables are suspended while the case is before the trial court. A supplemental record shall be filed with the Court of Appeals by October 17, 2016. The appeal will be reinstated without further order of this Court when the supplemental clerk's record is filed. After reinstatement of the appeal, the parties may file supplemental briefs addressing the trial court's findings. The supplemental brief of the appellant shall be due thirty days after the supplemental clerk's record is filed with the Court of Appeals. The supplemental brief of the appellee shall be due thirty days after the appellant files her supplemental brief.

ORDER ENTERED September 14, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.